# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141504

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LORINDA IRENE SWAIN,
      Defendant-Appellant.

SC: 141504
COA: 293350
Calhoun CC: 2001-004547-FC

_____/

     On order of the Court, the application for leave to appeal the June 8, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

_____
Clerk

p1209